Appellate Division, First Department. November 22, 1912.) Action by Robert H. Simpson and others against the Sherman National Bank. F. L. Crocker, of New York City, for appellants. W. A. Goodbody, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SMITH, Respondent, v. ATLANTIC, G. & P. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Charles Smith against the Atlantic, Gulf & Pacific Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 138 N. Y. Supp. 1143.

SMITH, Respondent, v. ATLANTIC, G. & P. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Charles Smith against the Atlantic, Gulf & Pacific Company. No opinion. Motion denied.

SMITH v. EXCELSIOR BREWING CO. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Appeal from Special Term, Kings County. Action by Charles Smith against the Excelsior Brewing Company. From an order allowing an amendment to the complaint, defendant appeals. Affirmed. Victor E. Whitlock, of New York City, for appellant. F. S. Williams, of New York City, for respondent.

PER CURIAM. The amendment to the complaint did not change the cause of action. It was of such a character that it might have been granted at the trial without conditions, and thereafter, and without further delay, the trial might have proceeded. If any criticism is to be made upon the conditions imposed, it would be that they are more favorable to the appellant than it is entitled to. So much of the order as is appealed from should be affirmed, with $10 costs and disbursements, and, in view of this disposition of the appeal, the motion to dismiss the appeal is denied, without costs.

SMITH, Respondent, v. HORN, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Lydia S. Smith against Charles F. W. Horn. A. C. Van Diver, of New York City, for appellant. B. Rembaugh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 138 N. Y. Supp. 1143.

SMITH v. HORN. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Lydia S. Smith against Charles F. W. Horn. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 1143.

SMITH, Respondent, v. MOHR, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Frederick H. Smith against John T. Mohr.

PER CURIAM. Judgment and order of the County Court of Nassau County affirmed, with costs.

WOODWARD, J., dissents.

SNOWBER & SMITH v. LOEB. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Snowber & Smith against Moe Loeb. No opinion. Application denied, with $10 costs. Order signed.

SNYDER, Respondent, v. FRANK L. FISHER CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Veda E. Snyder against Frank L. Fisher Company, impleaded with others. W. S. Haskell, of New York City, for appellant. B. L. Hollander, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SOCIÉTÉ ANONYME DES GLACES NATIONALE BELGES, Respondent, v. KAHN, Appellant. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by the Société Anonyme Des Glaces Nationale Belges against Jacques Kahn. A. K. Stricker, of New York City, for appellant. C. A. Hansman, of New York City, for respondent.

PER CURIAM. Order modified, by requiring the plaintiff to give an additional bond of $1,000, instead of $500, as ordered by the court at Special Term, and, as modified, affirmed, with $10 costs and disbursements to the defendant. Settle order on notice. See, also, 128 App. Div. 926, 112 N. Y. Supp. 1147.

SOUTHERN COTTON OIL CO., Respondent, v. CHARLES F. GARRIGUES CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Southern Cotton Oil Company against the Charles F. Garrigues Company. W. Bigelow, of New York City, for appellant. L. Bennister, for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on Belasco v. Klaw, 98 App. Div. 74, 90 N. Y. Supp. 593, on the ground that the complaint in this action contains no prayer for injunctive relief. Order filed.

SPILA, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. De-